Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Hawaii Brewery Development Co., Inc.** |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 9 – 0 2 6 8 1 1 5 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2855 E. MANOA RD. STE. 105 #184** <br> Number     Street | <br> Number     Street |
| **Honolulu, HI 96822** <br> City     State   ZIP Code | <br> City     State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Honolulu** <br> County | <br> Number     Street |
| | <br> City     State   ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

U.S. Bankruptcy Court   Hawaii   #26-00311   Dkt # 1   Filed 04/16/26   Page 1 of 45

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5 3 1 1**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed 04/16/26   Page 2 of 45

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number      Street

_____

City      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

U.S. Bankruptcy Court - Hawaii - #26-00311 - Dkt # 1 - Filed 04/16/26   Page 3 of 45

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/16/2026**
MM/ DD/ YYYY

**X** **/s/ Amy Bender**                                    **Amy Bender**
Signature of authorized representative of debtor          Printed name

Title          **Vice President**

**18. Signature of attorney**

**X**          **/s/ Lars Peterson**          Date  **04/16/2026**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Lars Peterson**
Printed name

**808 BK LLLC**
Firm name

**745 Fort St Ste 801**
Number          Street

**Honolulu**                          **HI**          **96813-3815**
City                                  State          ZIP Code

**(808) 589-1010**                    **lars@808bk.com**
Contact phone                         Email address

**8604**                              **HI**
Bar number                            State

Fill in this information to identify the case:

Debtor Name   **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the: District of    **Hawaii**

                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Hawaii** | **Checking account** | 0 7 2 2 | **$1,502.00** |
| 3.2. | **First Hawaiian Bank** | **Checking account** | 0 2 5 3 | **$6,576.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ | _____

   4.2 _____ | _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$8,078.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ | _____

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 5 of 45

7.2 _____   _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | _____ |

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   _____ - _____  =..... ➡   _____
                           face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   _____ - _____  =..... ➡   _____
                        face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

_____

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 6 of 45

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____     _____     _____

   16.2 _____     _____     _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 7 of 45

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 8 of 45

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | | | |
| 42.2 _____ | | | |
| 42.3 _____ | | | |

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.            _____

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 8:**     Machinery, equipment, and vehicles

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed 04/16/26   Page 9 of 45

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ _____ _____ _____

48.2 _____ _____ _____ _____

49. **Aircraft and accessories**

49.1 _____ _____ _____ _____

49.2 _____ _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   PV System for solar power      **unknown**      **unknown**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **8+ Acre parcel - Value is based on there being no lease in effect at time of sale /** 16-305 Old Volcano Rd. Keaau, HI 96729 | **Fee Simple** | **unknown** | | **$16,250,000.00** |
| 55.2 **Lot 002 - Tax Map Key No.: (3) 1-6-141-002 - value of property is based on balance of note due from sale /** Keaau, HI | **Fee Simple But subject to a recorded sale agreement** | **unknown** | **remaining amount due on Note under Sale Agreement** | **$2,017,416.00** |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $18,267,416.00 |
|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| TM in Big Island Beer | unknown | | unknown |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 11 of 45

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

| Loans Receivable from Bender Consulting | $1,050,000.00 – unknown = ➡ | unknown |
|---|---|---|
|  | Total face amount    doubtful or uncollectible amount |  |
| Note Due from Ke'Aloha'Lani LLC on Sale of Lot - this value is the same as the value of the lot shown on Schedule A | $2,017,416.00 – $0.00 = ➡ | $2,017,416.00 |
|  | Total face amount    doubtful or uncollectible amount |  |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | |
| | Tax year _____ | |
| | Tax year _____ | |

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| Amounts due from Hawaiian Springs LLC | unknown |
|---|---|

Nature of claim    Amounts due under lease including arrearages, holdover payments, legal fees, and for damage to property

Amount requested    $0.00

| Malpractice Claim against Lung Rose Voss Wagnild | unknown |
|---|---|

Nature of claim    failure to properly prosecute claim involving termination of lease

Amount requested    $705,000.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

| | $2,017,416.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,078.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9.*........................➡ | | $18,267,416.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,017,416.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $2,025,494.00 | + 91b. $18,267,416.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................

| | $20,292,910.00 |
|---|---|

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 13 of 45

Fill in this information to identify the case:

Debtor name **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the: District of **Hawaii**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

**Bank of Hawaii**

**Creditor's mailing address**

**Hawaii Island Commercial Banking Center**

**1339 Kinoole St**

**Hilo, HI 96720**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **2 0 1 5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

8+ Acre parcel - Value is based on there being no lease in effect at time of sale

**Describe the lien**

**Mortgages on properties**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| **$736,900.00** | **$16,250,000.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$832,656.00**

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 14 of 45

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Part 1:** 　　Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

　**SBA - Hawaii**

**Creditor's mailing address**

　**500 Ala Moana Blvd Ste 1306**

　**Honolulu, HI 96813-4993**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

　❏ No.　Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Note Due from Ke'Aloha'Lani LLC on Sale of Lot - this value is the same as the value of the lot shown on Schedule A

**Describe the lien**

　**Security Interest**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

❏ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**$95,756.00**　　**$2,017,416.00**

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page __2__ of __2__

U.S. Bankruptcy Court - Hawaii　#26-00311　Dkt # 1　Filed 04/16/26　Page 15 of 45

Fill in this information to identify the case:

Debtor name      **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

U.S. Bankruptcy Court - Hawaii  #26-00311   Dkt # 1   Filed  04/16/26   Page 16 of 45

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

   **Akinaka & Associates, Ltd.**

   **1100 Alakea St., Suite 1800**

   **Honolulu, HI 96813**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Services rendered

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**$11,100.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

   **Coan, Payton & Payne LLC**

   **103 W. Mountain Ave., Suite 200**

   **Fort Collins, CO 80524**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Services rendered

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**$16,789.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

   **Hawaiian Springs LLC**

   **16-305 Old Volcano Road**

   **Keaau, HI 96749**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Claim for legal fees in lawsuit

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**$243,000.00**

---

**3.4** **Nonpriority creditor's name and mailing address**

   **Lohf Shaiman Jacobs PC**

   **14029 Park Cove Drive**

   **Broomfield, CO 80023**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Services rendered

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**$75,809.00**

U.S. Bankruptcy Court - Hawaii #26-00311 Date # Filed 04/16/26    Page 17 of 45

Debtor   **Hawaii Brewery Development Co., Inc.**                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Lung Rose Voss Wagnild

Topa Financial Center

700 Bishop St. Ste. 900

Honolulu, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$340,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**Nonpriority creditor's name and mailing address**
Schlissel & Associates LLC

1164 Bishop Street Suite 1612

Honolulu, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,157.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**Nonpriority creditor's name and mailing address**
Tritium3 Renewable Services LLC

for QE Solar

125 Merchant St. - Suite 102

Honolulu, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Repair work

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

U.S. Bankruptcy Court - Hawaii #26-00811 Dkt # 1 Filed 04/16/26   Page 18 of 45

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Chun Kerr LLP** <br> **First Hawaiian Center** <br> **999 Bishop Street, Suite 2100** <br> **Honolulu, HI 96813** | Line **3.3** <br> ☐ Not listed. Explain | __ __ __ __ |

U.S. Bankruptcy Court - Hawaii #26-00311 Dkt # 1 Filed 04/16/26  Page 19 of 45

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $721,855.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $721,855.00 |

U.S. Bankruptcy Court - Hawaii #26-00211 Dkt # 1 Filed 04/16/26   Page 20 of 45

Debtor name **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the: District of **Hawaii**

(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Lease by Debtor to Hawaiian Springs LLC for property - Tenant has breached lease and lease is terminated** | **Hawaiian Springs LLC** <br><br> **16-305 Old Volcano Road** <br><br> **Keaau, HI 96749** |
| State the term remaining | **0 months** | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **Power Purchase Agreement by which Hawaiian Springs LLC purchases power from Debtor** | **Hawaiian Springs LLC** <br><br> **16-305 Old Volcano Road** <br><br> **Keaau, HI 96749** |
| State the term remaining | **96 months** | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of propety. Contract to be ASSUMED** | **KE'ALOHA'LANI LLC** <br><br> **736 Cima Lina Lane** <br><br> **Santa Barbara, CA 93108** |
| State the term remaining | **76 months** | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 21 of 45

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 22 of 45

Debtor name    **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the: District of    **Hawaii**
                                                        (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Codebtors
                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** **Marcus Bender** | **2855 E. Manoa Rd. Ste. 105 #184** <br> Street <br><br> **Honolulu, HI 96822** <br> City   State   ZIP Code | **SBA - Hawaii** <br><br><br> **Bank of Hawaii** | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.3** _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 23 of 45

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 24 of 45

Fill in this information to identify the case:

Debtor name        **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................................  **$18,267,416.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................................  **$2,025,494.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................  **$20,292,910.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  **$832,656.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................  **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  **+      $721,855.00**

4. **Total liabilities**...................................................................................................................................................  **$1,554,511.00**
   Lines 2 + 3a + 3b

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 1  Filed 04/16/26  Page 25 of 45

Fill in this information to identify the case:

Debtor name  **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____

❑ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$50,997.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$213,149.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$210,907.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

❑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | **Interest and gain on Sale of Land** | **$79,327.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | **Interest and gain on Sale of Land** | **$372,289.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | **Interest and gain on Sale of Land** | **$372,289.00** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 26 of 45

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Atlas Insurance** <br> Creditor's name <br><br> Street <br><br><br> City          State     ZIP Code | | $8,884.00 | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City          State     ZIP Code <br> **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 27 of 45

5.1. _____    _____    _____    _____

Creditor's name

_____

Street

_____

City                State      ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Debtor v Hawaiian Springs LLC**<br><br>Case number<br>**3CCV-23-0000410** | **Action to detemine lease was breached and terminated** | **3rd Circuit Court of Hawaii**<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | ☑ Pending<br>❑ On appeal<br>❑ Concluded |
| 7.2. | **Leonite Fund I, LP v. Hawaiian Springs, LLC et al**<br><br>Case number<br>_____ | **Action by a creditor of Hawaiian Springs LLC that seeks to sell Debtor's tenant's lease without Debtor's required consent and without authority** | **US District Court - District of Colorado**<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | ☑ Pending<br>❑ On appeal<br>❑ Concluded |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 28 of 45

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

Street
_____

_____

City      State    ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____

City      State    ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City      State    ZIP Code

**Recipient's relationship to debtor**
_____

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

U.S. Bankruptcy Court - Hawaii    #26-00311    Dkt # 1    Filed 04/16/26    Page 29 of 45

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lewis W. Siegel** | **Attorney's Fee** | **04/13/2026** | **$28,000.00** |

**Address**

**60 East 42nd Street Ste 4600**
Street

**Topa Financial Center, Fort Street Tower**

**New York, NY 10165**
City      State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Debtor**

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **808 BK LLC (Lars Peterson)** | | | **$7,500.00** |

**Address**

**745 Fort St #801**
Street

**Honolulu, HI 96813**
City      State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Debtor**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 1  Filed 04/16/26  Page 30 of 45

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|

14.1. **1188 Bishop St. Ste. 811**
Street          From _____ To **May 2024** **through** _____

**Honolulu, HI 96813**
City    State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

U.S. Bankruptcy Court - Hawaii    #26-00311    Dkt # 1    Filed 04/16/26    Page 31 of 45

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

_____
Facility name

_____
Street

| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City     State     ZIP Code

*Check all that apply:*

❏ Electronically

❏ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ❏ No

     ❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

     ❏ No. Go to Part 10.

     ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ❏ No

     ❏ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | _____ | _____ |

U.S. Bankruptcy Court - Hawaii #26-00311 Dkt # 1 Filed 04/16/26 Page 32 of 45

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❑ No |
| Name | | | ❑ Yes |
| Street | | | |
| | Address | | |
| City State ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❑ No |
| Name | | | ❑ Yes |
| Street | | | |
| | Address | | |
| City State ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City State ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

U.S. Bankruptcy Court - Hawaii #26-00311 Dkt # 1 Filed 04/16/26 Page 33 of 45

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ <br> Name | _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** _____ | _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br> _____ <br> _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br> _____ <br> _____ <br> _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br> _____ <br> _____ <br> _____ | _____ |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 34 of 45

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City     State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Pacific Accounting and Business Services**
Name

**PO Box 419**
Street

**Honolulu, HI 96809**
City     State     ZIP Code

From **01/18/2024** To _____

| Name and address | Dates of service |
|---|---|

26a.2. **Schlissel and Associates**
Name

**164 Bishop Street - Suite 1612**
Street

**Honolulu, HI 96813**
City     State     ZIP Code

From **2010** To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Schlissel & Associates LLC**
Name

**1164 Bishop Street Suite 1612**
Street

**Honolulu, HI 96813**
City     State     ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Schlissel & Associates LLC**
Name

**1164 Bishop Street Suite 1612**
Street

_____

**Honolulu, HI 96813**
City           State        ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Pacific Accounting and Business Services**
Name

**PO Box 419**
Street

_____

**Honolulu, HI 96809**
City           State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City           State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

_____
City           State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed 04/16/26   Page 36 of 45

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marcus Bender | 2855 E. Manoa Rd. Ste. 105 #184 Honolulu, HI 96822 | President & Director, 100% Shareholder | 100.00% |
| Donna Bender | 2855 E. Manoa Rd. Ste. 105 #184 Honolulu, HI 96822 | Director, | 0.00% |
| Amy Bender | 2855 E. Manoa Rd. Ste. 105 #184 Honolulu, HI 96822 | VP, | 0.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No

    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  | , | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No

    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.
| Marcus Bender | 11,320 per month salary and shareholder distribution | | Salary |

Name

c/o Debtor

Street

_____

City      State      ZIP Code

Relationship to debtor

President, Director and Sole Shareholder

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No

    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No

    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed 04/16/26   Page 37 of 45

Debtor     **Hawaii Brewery Development Co., Inc.**                    Case number *(if known)* _____
           Name

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**04/16/2026**___
           MM/ DD/ YYYY

**X** **/s/ Amy Bender**_____          Printed name _____**Amy Bender**_____
       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor _____**Vice President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

❑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lung Rose Voss Wagnild<br>Topa Financial Center<br>700 Bishop St. Ste. 900<br>Honolulu, HI 96813 | bvoss@legalhawaii.com | Services rendered | Disputed | | | $340,000.00 |
| 2 | Hawaiian Springs LLC<br>16-305 Old Volcano Road<br>Keaau, HI 96749 | LColombe@chunkerr.com | Claim for legal fees in lawsuit | Disputed | | | $243,000.00 |
| 3 | Lohf Shaiman Jacobs PC<br>14029 Park Cove Drive<br>Broomfield, CO 80023 | kbriscoe-thompson@lohfshaiman.com | Services rendered | | | | $75,809.00 |
| 4 | Tritium3 Renewable Services LLC<br>for QE Solar<br>125 Merchant St. - Suite 102<br>Honolulu, HI 96813 | t3ar-accounting@qesolar.com | Repair work | Disputed | | | $25,000.00 |
| 5 | Coan, Payton & Payne LLC<br>103 W. Mountain Ave., Suite 200<br>Fort Collins, CO 80524 | ABair@cp2law.com | Services rendered | | | | $16,789.00 |
| 6 | Akinaka & Associates, Ltd.<br>1100 Alakea St., Suite 1800<br>Honolulu, HI 96813 | nss@akinaka.com | Services rendered | | | | $11,100.00 |
| 7 | Schlissel & Associates LLC<br>1164 Bishop Street Suite 1612<br>Honolulu, HI 96813 | aschlissel@hawaii-tax.com | Services rendered | | | | $10,157.00 |
| 8 | | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 40 of 45

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Hawaii

**In re**    Hawaii Brewery Development Co., Inc.

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ................................................................................. _____

Prior to the filing of this statement I have received ................................................................... _____

Balance Due ................................................................................................................................ _____

☑  **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................... **$7,500.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................ **$450.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 1   Filed  04/16/26   Page 41 of 45

      c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      d.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/16/2026** | **/s/ Lars Peterson** |
|---|---|
| *Date* | Lars Peterson |
| | *Signature of Attorney* |
| | Bar Number: 8604 |
| | 808 BK LLLC |
| | Topa Financial Center, Fort Street Tower |
| | 745 Fort St Ste 801 |
| | Honolulu, HI 96813-3815 |
| | Phone: (808) 589-1010 |
| | **808 BK LLLC** |
| | *Name of law firm* |

---

Date:     **04/16/2026**                         **/s/ Amy Bender**

                                                            *Amy Bender*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**HONOLULU DIVISION**

IN RE: **Hawaii Brewery Development Co., Inc.**                    CASE NO

                                                                  CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date     **04/16/2026**          Signature _____**/s/ Amy Bender**_____

                                                              Amy Bender, Vice President

Akinaka & Associates, Ltd.
1100 Alakea St., Suite 1800
Honolulu, HI 96813


Bank of Hawaii
Hawaii Island Commercial Banking Center
1339 Kinoole St
Hilo, HI 96720


Chun Kerr LLP
First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, HI 96813


Coan, Payton & Payne LLC
103 W. Mountain Ave., Suite 200
Fort Collins, CO 80524


Hawaiian Springs LLC
16-305 Old Volcano Road
Keaau, HI 96749


Impact Family Office
1224 Coast Village Cir. Ste. 11
Santa Barbara, CA 93108


KE'ALOHA'LANI LLC
736 Cima Lina Lane
Santa Barbara, CA 93108


Lohf Shaiman Jacobs PC
14029 Park Cove Drive
Broomfield, CO 80023

Lung Rose Voss Wagnild
Topa Financial Center
700 Bishop St. Ste. 900
Honolulu, HI 96813

Marcus Bender
2855 E. Manoa Rd. Ste. 105 #184
Honolulu, HI 96822

SBA - Hawaii
500 Ala Moana Blvd Ste 1306
Honolulu, HI 96813-4993

Schlissel & Associates LLC
1164 Bishop Street Suite 1612
Honolulu, HI 96813

Tritium3 Renewable Services
LLC
for QE Solar
125 Merchant St. - Suite 102
Honolulu, HI 96813