Fill in this information to identify the case:

Debtor name     **Hawaii Brewery Development Co., Inc.**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____ **26-00311** _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/17/2026**
            MM/ DD/ YYYY

X  **/s/ Amy Bender**
    Signature of individual signing on behalf of debtor

    **Amy Bender**
    Printed name

    **Vice President**
    Position or relationship to debtor

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 8   Filed 04/20/26   Page 1 of 3

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Amy Bender, declare under penalty of perjury that I am the Vice President of Hawaii Brewery Development Co., Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 13th day of April, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Amy Bender, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Amy Bender, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Amy Bender, Vice President of this Corporation is authorized and directed to employ Lewis W. Siegel, attorney and the law firm of Lewis W. Siegel and Lars Peterson, attorney of the law firm of 808 BK LLLC to represent the corporation in such bankruptcy case."

Date April 13, 2026

Signed                                    /s/ Amy Bender

_____
Amy Bender, Vice President
2855 E. Manoa Rd., Ste 105 #184
Honolulu, HI 96822
Tel: (808) 284-6514
Email: amy@kaivodka.com

Doc ID: ff7870777d0bb78cd26dd74cd231d811b75d9a68



| | |
|---|---|
| **Title** | HBDC Statement Regarding Authority to Sign and File Petition |
| **File name** | HBDC_Corp_Resolution.flat.pdf |
| **Document ID** | ff7870777d0bb78cd26dd74cd231d811b75d9a68 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**E-SIGN DISCLOSURE ACCEPTED**

**04 / 10 / 2026**
20:47:10 UTC

Electronic record and signature disclosure accepted by (amy@kaivodka.com)
IP: 72.235.131.112
GUID: 9d6d5ddca3a2bd63f16be6bd2c80404cb7edbd2f

**SENT**

**04 / 16 / 2026**
05:41:49 UTC

Sent for signature to Amy Bender (amy@kaivodka.com) from kirsten@abelmannlaw.com
IP: 136.158.37.96

**VIEWED**

**04 / 16 / 2026**
06:40:32 UTC

Viewed by Amy Bender (amy@kaivodka.com)
IP: 72.235.131.112

**SIGNED**

**04 / 16 / 2026**
06:41:40 UTC

Signed by Amy Bender (amy@kaivodka.com)
IP: 72.235.131.112

**COMPLETED**

**04 / 16 / 2026**
06:41:40 UTC

The document has been completed.

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 8   Filed  04/20/26   Page 3 of 3