*Filer's Name, Address, Phone, Fax, Email:*
Lewis W Siegel
60 East 42nd Street - Suite 4600
New York NY 10165
212-286-0010
212-884-9586
LWS@LWSEsq.com

hib_2090-1b  (11/2021)

| *Debtor:* | Hawaii Brewery Development Co., Inc. | *Case No.:* **26-00311** |
|---|---|---|
| *Joint Debtor:* (if any) | | *Chapter:*  **11** |
| *[If adversary proceeding, complete the information below.  Use "et al." if multiple parties.]* Plaintiff(s): vs. Defendant(s): | | *Adversary Proceeding No.:* |

### APPLICATION TO APPEAR PRO HAC VICE
*[Attach Declaration of Counsel in support of application.  $300.00 assessment required – see Declaration, paragraph 7.]*

| *Name of Attorney:* | Lewis W. Siegel |
|---|---|
| *Party Represented:* | Hawaii Brewery Development Co., Inc. |
| *Name/Address of Local Counsel:* | Lars Peterson 808 BK LLLC 745 Fort St #801, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding.  This request is based on the declaration of the attorney seeking to appear pro hac vice.

Dated: 04/21/2026   /s/ Lewis W Siegel

Signature*                (Print name if original signature)

*If this application is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.*

*Filer's Name, Address, Phone, Fax, Email:*

Lewis W Siegel
60 East 42nd Street - Suite 4600
New York NY 10165
212-286-0010
212-884-9586
LWS@LWSEsq.com

| | | |
|---|---|---|
| *Debtor:* | Hawaii Brewery Development Co., Inc. | *Case No.:* **26-00311** |
| *Joint Debtor:*<br>    *(if any)* | | *Chapter:*   **11** |
| *[If adversary proceeding, complete the information below.  Use "et al." if multiple parties.]*<br>**Plaintiff(s):**<br><br>    *vs.*<br>**Defendant(s):** | | *Adversary Proceeding No.:* |

## DECLARATION OF COUNSEL

*[Attach to Application to Appear Pro Hac Vice.]*

| | |
|---|---|
| *Name of Declarant;*<br>*Office Address; email:* | Lewis W Siegel<br>60 East 42nd Street - Suite 4600<br>New York NY 10165<br>LWS@LWSEsq.com |

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional, or law-related activities in  the District of Hawaii, and that:

1.  The city and state of my residence and office address is:
    New York, NY

2.  I have been admitted to practice in the following courts on the dates noted:
    NY Appellate Division - 1st Department - 5/12/75
    Court of Appeals - 2nd Circuit - 3/16/82
    US District Court - SDNY  / US Bankruptcy Court - SDNY - 7/1/75
    US District Court - EDNY / US Bankruptcy Court - EDNY - 7/15/75

3.  I am in good standing and eligible to practice in the following courts *[declarant may state "All of the courts identified in paragraph 2"]*:
    All of the above

4.  I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceedings before any state bar, federal bar, or its equivalent; (c) have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation known to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.

5.  If I am concurrently making or have made within the preceding year an application to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the application and whether the application was granted.
In re Kulana Hale LLC, Case No. 25-00978, application date: 10/30/2025; Order was granted.

6.  I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in this district, with the address, telephone and fax numbers, and e-mail address noted:
Lars Peterson.
808 BK LLLC
745 Fort St #801, Honolulu, HI 96813
office: 808.589.1010
fax: 888.797.7471  / lars@808bk.com

7.  Payment of the $300 assessment for limited admission has or will be made, using the U.S. Treasury Internet Credit Card program if filing electronically, or by mailing a check to the Clerk, United States Bankruptcy Court, District of Hawaii, 1132 Bishop Street, Suite 250, Honolulu, HI 96813 - Attn: Financial Dept. (Payable to the Clerk, U.S. Bankruptcy Court, and noting the bankruptcy case or adversary proceeding number).

**I declare under penalty of perjury that the foregoing is true and correct.** *[Attach additional pages if any further explanation is needed.]*

Dated: 04/21/2026                    /s/ Lewis W Siegel
                                                    Signature

### CONSENT OF LOCAL COUNSEL
*[Local counsel may sign below if consent is not recorded elsewhere.]*

Dated: 04/21/2026                    /s/ Lars Peterson
                                                    Signature