# Balance Sheet

## Hawaii Brewery Development Co. Inc
As of Dec 31, 2025

| | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 1010 Cash in BOH | 19,800.31 |
| **Total for Bank Accounts** | **$19,800.31** |
| Accounts Receivable | |
| 11000 Accounts Receivable | 7,983.81 |
| **Total for Accounts Receivable** | **$7,983.81** |
| Other Current Assets | |
| 1200 Loan to BCL | 55,096.33 |
| 12000 Undeposited Funds | 0.00 |
| 1300 Advances-Marcus Bender | 0.00 |
| 1700 Prepaid Insurance/Expenses | 5,275.40 |
| **Total for Other Current Assets** | **$60,371.73** |
| **Total for Current Assets** | **$88,155.85** |
| Fixed Assets | |
| 1500 Land | $0.00 |
| Condo A TMK 16410020000000-5.364 Acres | 0.00 |
| CONDO B | 40,090.51 |
| Lot#01 TMK# 16140010000- 7.03 Acres HS | $462,822.63 |
| Building on Lot #01 | |
| 1505 Building | 180,127.50 |
| 1506 A/D Building | -115,286.37 |
| **Total for Building on Lot #01** | **$64,841.13** |
| **Total for Lot#01 TMK# 16140010000- 7.03 Acres HS** | **$527,663.76** |
| Lot#24 TMK# 16141024000-2.41 Acres | 0.00 |
| Lot#27 TMK#16140027000-2.995 Acres | 0.00 |
| Lot#28 TMK# 16140028000-2.424 Acres | 110,260.67 |
| **Total for 1500 Land** | **$678,014.94** |
| 1501 Land Developments | 274,813.55 |
| 1520 Equipment | $39,112.07 |
| 1521 A/D Equipment | -32,049.52 |
| **Total for 1520 Equipment** | **$7,062.55** |
| 1522 Solar PV System | $409,902.00 |
| 1523 A/D Solar PV System | -409,902.00 |
| **Total for 1522 Solar PV System** | **$0.00** |
| Installment sales | $0.00 |
| 1508 Installment Sales | 0.00 |
| 1962 Notes Receivable- Installment Sales | 2,129,107.90 |
| **Total for Installment sales** | **$2,129,107.90** |
| **Total for Fixed Assets** | **$3,088,998.94** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 26   Filed  05/04/26   Page 1 of 3

# Balance Sheet

## Hawaii Brewery Development Co. Inc
### As of Dec 31, 2025

| | TOTAL |
|---|---|
| **Other Assets** | |
| 1600 Loan Costs | 0.00 |
| 1601 A/A Loan Costs | 0.00 |
| 1935 Other Assets-Bismarck Gold & Si | 0.00 |
| 1940 Loan To Bender Consulting | 810,624.34 |
| 1950 Loan - Joseph Bender | 0.00 |
| 1951 Loan - Amy Bender | 0.00 |
| 1955 Loan-Joshua Heintz | 0.00 |
| 1960 Loan From Kai Vodka, LLC. | 0.00 |
| 1961 Loan to Kai Spirits | 293,148.72 |
| 1965 Loan to Kai for Factoring | 0.00 |
| 1970 Loan - HI Island Distilling LLC | 0.00 |
| 1975 Loan-Pacific Aqua Beverages | 0.00 |
| 1980 Loan to Big Island Brewing | 0.00 |
| **Total for Other Assets** | **$1,103,773.06** |
| **Total for Assets** | **$4,280,927.85** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable | 239,436.78 |
| **Total for Accounts Payable** | **$239,436.78** |
| Other Current Liabilities | |
| 2010 Federal Taxes Payable | 286.58 |
| 2020 State Taxes Payable | 18.45 |
| 2030 Salaries and Wages Payable | 0.00 |
| 2040 Equipment Notes Payable | 0.00 |
| 2045 Insurance Contracts Payable | 5,426.33 |
| 2060 SBA Loans-PPP | 0.00 |
| 2100 Loan from HI Brewery Dev. Co. | 0.00 |
| 2110 Loan From Bender Consulting | 95,690.05 |
| 2115 Due To/Due From- Amex loan - Bender | 56,633.50 |
| 2200 Loan from Kai Spirits | 0.00 |
| Hawaii State Tax Collector Payable | -$500.26 |
| GET Tax Payable | 1,735.68 |
| **Total for Hawaii State Tax Collector Payable** | **$1,235.42** |
| **Total for Other Current Liabilities** | **$159,290.33** |
| **Total for Current Liabilities** | **$398,727.11** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 26   Filed  05/04/26   Page 2 of 3

Accrual Basis  Tuesday, April 28, 2026 09:23 PM GMTZ

# Balance Sheet

## Hawaii Brewery Development Co. Inc
As of Dec 31, 2025

|  | TOTAL |
|---|---|
| Long-term Liabilities | |
| 2400 Loan, Shareholder | 11,826.90 |
| 2401 Deferred Gain-Installment Sales | 2,129,107.90 |
| 2405 Deferred Revenue | 31,024.16 |
| 2410 SBA Loan | 96,911.43 |
| 2420 Bank Of Hawaii Loan | 0.00 |
| 2430 BOH Executed Loan | 760,396.83 |
| 2450 Pacific Rim Bank Loan | 0.00 |
| **Total for Long-term Liabilities** | **$3,029,267.22** |
| **Total for Liabilities** | **$3,427,994.33** |
| Equity | |
| 2500 Common Stock | 719,000.00 |
| 2550 Opening Balance Equity | 0.00 |
| 2600 Additional Paid-in-Capital | 446,047.06 |
| 2710 Shareholder Distributions | -598,430.78 |
| Prior Year Adjustment | 0.00 |
| 2700 Retained Earnings | -52,575.38 |
| Net Income | 338,892.62 |
| **Total for Equity** | **$852,933.52** |
| **Total for Liabilities and Equity** | **$4,280,927.85** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 26   Filed  05/04/26   Page 3 of 3