# Profit and Loss

## Hawaii Brewery Development Co. Inc
January-December, 2025

|  | TOTAL |
|---|---|
| **Income** | |
| 3000 Rental Income | 127,400.88 |
| 3005 PV Sales | 75,679.13 |
| GET Revenue | 10,069.38 |
| **Total for Income** | **$213,149.39** |
| **Gross Profit** | **$213,149.39** |
| **Expenses** | |
| 5000 Salary & Wages | 18,000.00 |
| 5020 Payroll Taxes | 1,377.00 |
| 5070 Bank Service Charges | 9,275.33 |
| 5080 Computer and Internet Expenses | 767.92 |
| 5096 Depreciation | 7,141.87 |
| 5100 Dues and Subscriptions | 434.72 |
| 5160 Insurance Expense | 1,242.83 |
| 5162 Insurance-Gen'l & Auto | 13,709.77 |
| 5165 Insurance-Medical | 13,891.46 |
| 5190 Interest Expense | 56,650.35 |
| 5220 Licenses and Fees | 10,017.00 |
| 5250 Outside Services | 11,618.36 |
| 5280 Professional Fees | |
| 5282 Professional Fees - Accounting | 14,516.85 |
| 5285 Professional Fees - Legal | 40,042.06 |
| **Total for 5280 Professional Fees** | **$54,558.91** |
| 5320 Taxes | |
| 5321 FUTA | 42.00 |
| 5322 SUTA | 3.00 |
| 5323 GET | 15,076.70 |
| 5324 RPT | 1,722.17 |
| **Total for 5320 Taxes** | **$16,843.87** |
| 5360 Utilities | -2,346.99 |
| **Total for Expenses** | **$213,182.40** |
| **Net Operating Income** | **-$33.01** |
| **Other Income** | |
| 6000 Interest Income | 113,517.23 |
| 6010 Reimbursement Income | 3,682.33 |
| 9000 Other Income | |
| 9002 Other Income - Gain/(Loss) Of Land Condo A | 258,772.69 |
| **Total for 9000 Other Income** | **$258,772.69** |
| **Total for Other Income** | **$375,972.25** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 26-1   Filed  05/04/26   Page 1 of 2

# Profit and Loss

## Hawaii Brewery Development Co. Inc
January-December, 2025

|  | TOTAL |
|---|---|
| Other Expenses | |
| 6020 Appraisal Fees | 37,046.62 |
| **Total for Other Expenses** | **$37,046.62** |
| **Net Other Income** | **$338,925.63** |
| **Net Income** | **$338,892.62** |

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 26-1  Filed  05/04/26  Page 2 of 2