# Statement of Cash Flows

## Hawaii Brewery Development Co. Inc
January 1-April 13, 2026

| FULL NAME | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 140,527.76 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 11000 Accounts Receivable | -11,027.00 |
| 1700 Prepaid Insurance/Expenses | 1,822.48 |
| 20000 Accounts Payable | 12,170.96 |
| 2010 Federal Taxes Payable | 19.50 |
| 2020 State Taxes Payable | -3.15 |
| 2030 Salaries and Wages Payable | 0.00 |
| 2110 Loan From Bender Consulting | 1,847.91 |
| Hawaii State Tax Collector Payable | 1,727.27 |
| Hawaii State Tax Collector Payable:GET Tax Payable | -1,735.68 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **$4,822.29** |
| **Net cash provided by operating activities** | **$145,350.05** |
| **INVESTING ACTIVITIES** | |
| 1940 Loan To Bender Consulting | -74,436.86 |
| 1961 Loan to Kai Spirits | -22,000.00 |
| 1962 Installment sales:Notes Receivable- Installment Sales | 89,166.87 |
| **Net cash provided by investing activities** | **-$7,269.99** |
| **FINANCING ACTIVITIES** | |
| 2401 Deferred Gain-Installment Sales | -44,398.06 |
| 2405 Deferred Revenue | -31,024.16 |
| 2410 SBA Loan | -1,198.57 |
| 2430 BOH Executed Loan | -23,496.67 |
| 2550 Opening Balance Equity | 31,024.16 |
| 2710 Shareholder Distributions | -10,000.00 |
| **Net cash provided by financing activities** | **-$79,093.30** |
| **NET CASH INCREASE FOR PERIOD** | **$58,986.76** |
| **Cash at beginning of period** | **$19,800.31** |
| **CASH AT END OF PERIOD** | **$78,787.07** |

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 26-2   Filed  05/04/26   Page 1 of 1