CHUN KERR LLP
A Limited Liability Law Partnership

ALIKA PIPER                    6949-0
NATHANIEL A. HIGA              9064-0
999 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone:  (808) 528-8200
Facsimile:  (808) 664-8597
E-Mail:     apiper@chunkerr.com
            nhiga@chunkerr.com

Attorneys for Robert L. Stevens,
Receiver for Hawaiian Springs, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>HAWAII BREWERY<br>DEVELOPMENT CO., INC.,<br><br>     Debtor. | Case No. 26-00311<br>(Chapter 11)<br><br>**STATEMENT REGARDING DEBTOR'S AMENDED MOTION FOR AN INTERIM ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001(B), FILED ON MAY 12, 2026, DKT. 35; EXHIBIT "1"**<br><br>PRELIMINARY HEARING:<br>Date: May 18, 2026<br>Time: 10:30 AM<br>Judge: The Honorable Robert J. Faris |

#2312493v.3

## STATEMENT REGARDING DEBTOR'S AMENDED MOTION FOR AN INTERIM ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001(B), FILED ON MAY 12, 2026, DKT. 35

ROBERT L. STEVENS (the "Receiver"), Receiver for Hawaiian Springs, LLC, dba Hawaiian Springs Water ("HSW"), by and through his counsel, submits this Statement Regarding Debtor's Amended Motion for An Interim Order Authorizing Debtor to Use Cash Collateral and Scheduling a Final Hearing Under Bankruptcy Rule 4001(b) (the "Cash Collateral Motion"), filed on May 12, 2026 by Debtor HAWAII BREWERY DEVELOPMENT CO., INC. ("Debtor"), Dkt. 35.

The Receiver does not take a position on the general relief requested in the Cash Collateral Motion. However, the Receiver is compelled to address several misstatements contained in the motion regarding the lease agreement between the Debtor and HSW and the lease rents paid by HSW under the lease agreement.

In the Cash Collateral Motion, the Debtor asserts the lease agreement with HSW "has been breached and should be terminated". See Cash Collateral Motion, page 3. The Debtor also incorrectly describes the lease payments made by HSW as "holdover payments" or "holdover rent," suggesting HSW is a holdover tenant. *Id.*

To the contrary, HSW is not a "holdover" tenant and is not in breach of the lease. By way of background, HSW leases from the Debtor the property located at 16-305 Old Volcano Road, Keeau, Island and County of Hawaii, State of Hawaii, identified as Tax Map Key No. (3) 1-6-141-001 (the "Property"), pursuant to a long-term ground lease agreement dated June 1, 2001 (the "Lease"). The present Lease term is set to expire on September 30, 2044, and is thereafter subject to a lessee's extension option for an additional fifty (50) years, i.e. until 2094.

In November 2023, the Debtor filed a complaint against HSW in the Third Circuit Court commencing the case *Hawaii Brewery Development Co., Inc. v. Hawaiian Springs, LLC, dba Hawaiian Springs Water,* Civil No. 3CCV-23-0000410 (the "Hawaii Circuit Court Case"). In the Complaint, the Debtor alleged HSW was in default of the terms of the Lease by failing to pay amounts owed when due. The Debtor also sought in the Complaint to eject HSW from the Property and to terminate the Lease. The Debtor sought unsuccessfully to terminate the Lease and remove HSW from the Property by seeking summary judgment and a writ of possession. The Debtor's motion for summary judgment was denied by Court order entered on January 16, 2025.

On September 30, 2025, HSW filed a motion to dismiss the case with prejudice, which was granted by Court order entered on November 17, 2025 (the

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 41  Filed  05/13/26  Page 3 of 10

"Dismissal Order")[1]. In the Dismissal Order, the Court found that HSW was not in default under the Lease, that the record in the case demonstrated a clear history of delay by the Debtor, and that further delay would cause actual prejudice to HSW and the Receiver by preventing him from proceeding with necessary tasks, including marketing HSW's business for same. The Court dismissed the Complaint with prejudice.

The Court's dismissal with prejudice operates as an "adjudication on the merits" of its claims of breach of the Lease and seeking termination of the same. FRCP 41(b). Gilmartin v. Abastillas, 10 Haw. App. 283, 288, 869 P.2d 1346, 1349 (App. Ct. 1994) ("A dismissal of a lawsuit with prejudice is generally regarded as an adjudication on the merits of all issues that were raised or could have been raised in the pleadings, thus barring, on res judicata grounds, any subsequent litigation involving the same claims."). Determinations of state courts are given full faith in credit by Bankruptcy Courts. 28 U.S.C. § 1738. As such, federal courts are precluded from entertaining the relitigation of actions already decided by state courts. Brother Records, Inc. v. Jardine, 432 F.3d 939, 943 (9th Cir. 2005) (holding that "the district court was required to give the California Court of Appeal's decision 'the same preclusive effect it would have had in another court of the same State'").

_____

[1] A true and correct copy of the Dismissal Order is attached as Exhibit "1".

Accordingly, HSW submits this Statement to correct the record that it is not in breach of the Lease, is not a holdover tenant, and the Lease is not subject to termination.

DATED:  Honolulu, Hawaii, May 13, 2026.

/s/  Nathaniel A. Higa
ALIKA PIPER
NATHANIEL A. HIGA

Attorneys for Robert L. Stevens,
Receiver for Hawaiian Springs, LLC

CHUN KERR LLP
A Limited Liability Law Partnership

NATHANIEL A. HIGA        #9064-0
LEROY E. COLOMBE         #3662-0
JESSICA L. ADLAM         #11281-0
First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 528-8200
Email: nhiga@chunkerr.com
        lcolombe@chunkerr.com
        jadlam@chunkerr.com

Attorneys for Defendant
HAWAIIAN SPRINGS, LLC,
a Delaware limited liability company,
dba HAWAIIAN SPRINGS WATER

Electronically Filed
THIRD CIRCUIT
3CCV-23-0000410
17-NOV-2025
02:52 PM
Dkt. 186 ORDG

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

HAWAII BREWERY DEVELOPMENT
CO., INC., a Hawaii corporation,

Plaintiff,

vs.

HAWAIIAN SPRINGS, LLC, a Delaware
limited liability company, dba HAWAIIAN
SPRINGS WATER; and DOE
DEFENDANTS 1-10,

Defendants.

CIVIL NO. 3CCV-23-0000410
(Contract)

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS CASE WITH
PREJUDICE FOR FAILURE TO
PROSECUTE

Hearing (via Zoom)
Date:  October 24, 2025
Time:  2:00p.m.
Judge: The Honorable Henry T. Nakamoto

Trial:  October 27, 2025

#2186986v.6

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.
Dated at Hilo, Hawai`i, 17-NOV-2025, /s/ Cheryl Salmo, Clerk of the Third Judicial Circuit, State of Hawai`i

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 41  Filed  05/13/26  Page 6 of 10

EXHIBIT "1"

# ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE
## WITH PREJUDICE FOR FAILURE TO PROSECUTE

Defendant HAWAIIAN SPRINGS, LLC dba HAWAIIAN SPRINGS WATER's ("**Defendant**") Motion to Dismiss Case with Prejudice for Failure to Prosecute filed September 30, 2025 [Dkt. 149] (the "**Motion**"), came on for hearing on October 24, 2025, at 2:00 p.m. before the Honorable Henry T. Nakamoto, Judge of the above-entitled Court. Leroy E. Colombe and Jessica L. Adlam appeared on behalf of Defendant. Plaintiff HAWAII BREWERY DEVELOPMENT CO., INC. ("**Plaintiff**") was not represented by counsel. Plaintiff's principal(s), Marcus Bender and Amy Bender attended the hearing.

The Court, having reviewed the docket, files and records herein and considered the written submissions, arguments and statements of the parties, and good cause appearing therefor, the Court finds and concludes as follows:

1. Plaintiff as a corporation must be represented by counsel in any proceedings before this Court.

2. The record demonstrates a clear history of delay on the part of the Plaintiff, including the Plaintiff's termination of counsel three months before trial, failure to obtain replacement counsel despite the Court's directive, failure to appear for scheduled depositions, and failure to supplement discovery responses.

3. The Court determined that further delay would cause actual prejudice, as this matter was preventing the Receiver from proceeding with necessary tasks, such as marketing the bottling plant for sale.

4. The Defendant has cured all alleged defaults, and there are no outstanding defaults under the Lease or the PPA.

2

#2186986v.6

5. Defendant prepared submissions necessary for trial, for which Defendant incurred substantial attorneys' fees and costs.

6. Under the circumstances of this case, and for the reasons stated above and at the hearing of the Motion, sanctions or an award of attorneys' fees were not sufficient remedies, as further delay would cause undue prejudice to Defendant.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Complaint filed against Defendant on November 17, 2023 [Dkt. 1], is hereby DISMISSED, WITH PREJUDICE, as to all claims therein.

DATED: Hilo, Hawaii, _____ NOV 1 7 2025 _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT
HENRY T. NAKAMOTO    Div. 2

_____

HAWAII BREWERY DEVELOPMENT CO., INC., vs. HAWAIIAN SPRINGS, LLC., Civil No. 3CCV-23-0000410, Third Circuit Court, State of Hawaii, ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

#2186986v.6

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
THIRD CIRCUIT
3CCV-23-0000410
17-NOV-2025
02:52 PM
Dkt. 187 NEF**

An electronic filing was submitted in Case Number 3CCV-23-0000410. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 3CCV-23-0000410 |
| **Title:** | Hawaii Brewery Development Co., Inc. vs. Hawaiian Springs, LLC, a Delaware limited liability company, dba Hawaiian Springs Water and Doe Defendants |
| **Filing Date / Time:** | MONDAY, NOVEMBER 17, 2025 02:52:30 PM |
| **Filing Parties:** | John Shimizu |
|  | George Van Buren |
|  | LEROY COLOMBE |
|  | Nathaniel Higa |
|  | Jessica  Adlam |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** |  |
| **Supporting Document(s):** | 186-Order Granted |
| **Document Name:** | 186-ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Jessica Adlam ( *jadlam@chunkerr.com* )

LEROY COLOMBE ( *lcolombe@chunkerr.com* )

John B. Shimizu ( *jbs@vcshawaii.com* )

George W. Van Buren ( *gvb@vcshawaii.com* )

Nathaniel Atsushi Higa ( *nhiga@chunkerr.com* )

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.

Dated at: Hilo, Hawai`i 17-NOV-2025 Clerk, Circuit Court, Third Circuit, State of Hawai`i

The following parties need to be conventionally served:

Hawaii Brewery Development Co., Inc.

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 41   Filed  05/13/26   Page 10 of 10