CHUN KERR LLP
A Limited Liability Law Partnership

ALIKA PIPER                        6949-0
NATHANIEL A. HIGA                  9064-0
999 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone:  (808) 528-8200
Facsimile:  (808) 664-8597
E-Mail:      apiper@chunkerr.com; nhiga@chunkerr.com

Attorneys for Receiver
ROBERT L. STEVENS,
Receiver for Hawaiian Springs, LLC,
dba Hawaiian Springs Water

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| In re<br><br>HAWAII BREWERY DEVELOPMENT CO., INC.,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-possession. | Case No. 26-00311<br>(Chapter 11) (Subchapter V)<br><br>**RECEIVER ROBERT L. STEVENS' JOINDER IN AND STATEMENT REGARDING CREDITOR/ INTERESTED PARTY LEONITE FUND I, L.P.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONVERT CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OR FOR DISMISSAL, FILED ON JULY 20, 2026, Dkt. 87**<br><br>**HEARING**<br>**Date**:　July 27, 2026<br>**Time**:　10:30 a.m.<br>**Judge**:　Honorable Robert J. Faris |

#2371932v.1

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 90  Filed  07/21/26  Page 1 of 4

**RECEIVER ROBERT L. STEVENS' JOINDER IN AND STATEMENT REGARDING CREDITOR/INTERESTED PARTY LEONITE FUND I, L.P.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONVERT CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OR FOR DISMISSAL, <u>FILED ON JULY 20, 2026, Dkt. 87</u>**

ROBERT L. STEVENS (the "**Receiver**"), Receiver for Hawaiian Springs, LLC, dba Hawaiian Springs Water ("**HSW**"), hereby joins in support of Creditor/Interested Party Leonite Fund I, L.P.'s ("**Leonite**") Reply Memorandum in Support of Motion to Convert Chapter 11 Case to a Case Under Chapter 7 or for Dismissal, filed July 20, 2026 [Dkt. 87].

With respect to the Hawai'i Circuit Court Case, Leonite correctly notes that under the *Rooker-Feldman* doctrine, this Court lacks jurisdiction to review the Hawai'i Circuit Court's ruling that there were no defaults under the Lease and the Hawai'i Circuit Court's dismissal of the Debtor's claim that the Lease terminated in November 2023. It also does not matter that the Dismissal Order has not been reduced to a final judgment yet. See Reply, page 11.

Additionally, the Dismissal Order operates as an "adjudication on the merits" of the Debtor's claims of breach of the Lease and seeking termination of the same. FRCP 41(b). *Gilmartin v. Abastillas*, 10 Haw. App. 283, 288, 869 P.2d 1346, 1349 (Haw. Ct. App. 1994) ("A **dismissal of a lawsuit with prejudice** is generally regarded as an **adjudication on the merits** of all issues that were raised **or could have been raised** in the pleadings, thus barring, on res judicata grounds, any

U.S. Bankruptcy Court - Hawaii   #26-00311   Dkt # 90   Filed  07/21/26   Page 2 of 4

subsequent litigation involving the same claims.") (emphasis added). Determinations of state courts are given full faith in credit by Bankruptcy Courts. 28 U.S.C. § 1738. As such, federal courts are precluded from entertaining the relitigation of actions already decided by state courts. *Brother Records, Inc. v. Jardine*, 432 F.3d 939, 943 (9th Cir. 2005) (holding that "the district court was required to give the California Court of Appeal's decision 'the same preclusive effect it would have had in another court of the same State'"). *See also In re Daily*, 125 B.R. 816, 818 (Bankr. D. Haw. 1991), *citing Kimmel v. Texas Commerce Bank,* 817 F.2d 39 (7th Cir. 1987)("a dismissal under [FRCP 41(b)] and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, **operates as an adjudication upon the merits**. When the district court dismissed the Kimmels' first complaint without stating whether the dismissal was on the merits, that dismissal became a final judgment on the merits under Rule 41(b).")(emphasis added).

In other words, the Dismissal Order, which dismissed the Hawai'i Circuit Court Case with prejudice, **is** an adjudication on the merits of all issues that were raised or could have been raised in the pleadings, and the Debtor is barred from relitigating those matters in this forum.

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 90  Filed  07/21/26  Page 3 of 4

DATED:  Honolulu, Hawai'i, July 21, 2026.

　　　　　　　　　　　　　　/s/ Alika Piper
　　　　　　　　　　　　　　ALIKA PIPER
　　　　　　　　　　　　　　NATHANIEL A. HIGA

　　　　　　　　　　　　　　Attorneys for Receiver
　　　　　　　　　　　　　　ROBERT L. STEVENS, Receiver for
　　　　　　　　　　　　　　Hawaiian Springs, LLC, dba Hawaiian
　　　　　　　　　　　　　　Springs Water

U.S. Bankruptcy Court - Hawaii  #26-00311  Dkt # 90  Filed  07/21/26  Page 4 of 4